# CAHILL & GOETSCH, P.C.
## ATTORNEYS AT LAW

SCOTT E. PERRY

43 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511

(203) 777-1000
Fax: (203) 865-5904

September 5, 2003

**Via Fax and Overnight Mail**

COPY

Anthony D. Sutton, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, Connecticut 06905


Lori A. McCarthy, Esq.
Flynn & Associates, P.C.
189 State Street, 6th Floor
Boston, Massachusetts 02109


RE:  *Supplemental Disclosure Re: Frank Bakutis vs. Metro-North, et al.*

Dear Counsel:

Enclosed please find plaintiff's supplemental 26(a) disclosure for the above-entitled-matter.

Sincerely,

Scott E. Perry

SEP:md
Enclosures

1) Oil leaking on Deck from Transmission and Engine
2) Train brakes do not release all the time
3) <u>Excessively</u> noisey inside operators cab, cannot hear company radio.
4) Need Grease Gun.
5) Needs insulation inside operators cab.
6) Travel bands do not release when traveling in 4th Gear.
7) Needs 24 volt Flood Light bulbs and brake light bulbs.
8) Propellor shaft indicator light not working.

ATT:
MARK ELLIS

F.E. Bakutes
712478



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0868
CONNECTION TEL                      8579
CONNECTION ID         NWP SHOP
ST. TIME              08/16 12:53
USAGE T               00'27
PGS.                  1
RESULT                OK
```

10/25/00

CB 4005

(Amendment to FAX. of 10/23/00 # 4170)

8) Fuel gage not working properly.

9) Travel bands not releasing in 4th gear.

10) Air dryers not working

11) No Belt guards on front of Engine

12) No Boom stops.

F. E. Bakutis
712478

ATT:
Paul Signorelli



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4186
CONNECTION TEL                        8579
CONNECTION ID         NWP SHOP
ST. TIME              10/25 07:56
USAGE T               00'11
PGS.                  1
RESULT                OK
```

**METRO NORTH RAILROAD**

Parkway Homes Road
North White Plains, N.Y.
10601



To: Paul Cignarale          From: F.E. BAKUTIS
Fax: 914 686 8579 / 914 271 1935    Date: 2/12/01
Phone: 914 686 8468 / 914 271 1934   Pages:
Re: EQUIPMENT DEFECTS       CC:

## CB 4005
## Equipment Defects

| # | Problems/Defects |
|---|---|
| 1 | Extremely Noisey especially when Traveling. Very unsafe, cannot hear Radio |
| 2 | Oil Leaking on deck from Front Engine Seal and Transmission gear box. |
| 3 | Oil Leaking from Transfer Case. |
| 4 | Fuel Gauge not working properly |
| 5 | No belt Guards on Front of Engine. |
| 6 | No Boom stops. |
| 7 | Boom has Bends in numerous places. |
| 8 | |
| 9 | |



```
***********************
***   TX REPORT   ***
***********************

TRANSMISSION OK

TX/RX NO              4457
CONNECTION TEL                        8579
CONNECTION ID         NWP SHOP
ST. TIME              02/12 07:43
USAGE T               00'32
PGS.                     1
RESULT                OK
```

Printed in USA

# Crane inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☐ | Hour 5149 |
|---|---|---|---|---|---|---|
| CB 4005 | New Haven | | | 3/12/01 | Annual ☐ | |

Last inspection date: 10/17/00

Present general condition: ☑ Good  ☐ Fair  ☐ O/S

| OK YES | NO | | | OK YES | NO | |
|---|---|---|---|---|---|---|
| | ✓ | Boom | 4 bent lattice | ✓ | | Steps and Railing |
| | ✓ | 4-Boom Stops | | ✓ | | Draw Bars-Couplers |
| ✓ | | Boom Angle Indicator | | ✓ | | Swing Stops/Locking Pins |
| ✓ | | Boom Rivets & Bolts | | ✓ | | Operating Controls |
| ✓ | | Boom Heel Pins | | ✓ | | Windows |
| ✓ | | Sheaves | | ✓ | | Windshield Wipers |
| ✓ | | Sheave Pins | | ✓ | | Warning Devices |
| ✓ | | Cable Drums | | | ✓ | Lights |
| ✓ | | Cable-Boom-Holding Line | | | X | Guards — engine belt guards |
| | | Closing, Pendants | | | X | Engine — Rear main seal |
| ✓ | | Cable Clamps | | ✓ | | Clutch-PTO |
| | ✓ | Hoisting Blocks/Hooks | | ✓ | | Gauges-Temperature-Oil-Ampere |
| | N/A | Winch | | ✓ | | Hydraulic System-Valves, Pump, Motor |
| | N/A | Winch Cable | | ✓ | | Main Control Generator |
| | N/A | Lifting Chains | | ✓ | | Magnet Generator |
| ✓ | | Tongs-Rail-Frog | | N/A | | Magnet |
| ✓ | | Brakes | | ✓ | | Tagline-Cable-Electrical |
| | | Brakes-Air-Lines-Reservoir | | ✓ | | Battery |
| | N/A | Brakes-Hydraulic | | ✓ | | Air Compressor |
| ✓ | | Brakes-Emergency | | ✓ | | Safety Appliances |
| | N/A | Brakes-2 Wheel | | ✓ | | Fire Extinguishers |
| ✓ | | Brakes-4 Wheel | | ✓ | | General Condition-Paint, etc. |
| ✓ | | Brakes-Shoes | | ✓ | | Lifting Capacity Chart |
| ✓ | | Trucks-Journal Bearings | | ✓ | | Parts Book and Operating Manual |
| ✓ | | Wheels-Flange Wear-Treadwear | | ✓ | | Lubrication |
| ✓ | | Axles | | | | When was Cable Replaced: |
| ✓ | | Tram-Axle & Wheel | | | | Boom _____ |
| | N/A | Springs | | | | Holding _____ |
| | N/A | Tires | | | | Closing _____ |
| ✓ | | Steering | | ✓ | | Strands of Cable Broken |
| | | U-Joints, Drive Gears | | ✓ | | Ground Cables and Ground Clamps |
| | N/A | Drive Chains | | | | Electrical Wire Warning Sign |
| | N/A | Drive Shafts | | | | |
| ✓ | | Sprockets | | | | |
| ✓ | | Gear Boxes, Swing, Travel | | | | |
| X | | Transmission — gasket leaks | | | | |
| ✓ | | Bearings | | | | |
| ✓ | | Hook Roller | | | | |
| | N/A | Outriggers | | | | |

Remarks: Noisy in gear.

Operator's Signature: [signature] 71247 F
(Date) (Employee No.)

I certify to the correctness of this report
(Signed) E. Vongole    3/12/01  (Date Posted)
Employee Number 112443
(Title) Machinist

CB 4005

1) extremely Noisey when Traveling, Cannot Hear Company Radio. Very unsafe

2) Oil leaking on to deck from Front Engine Cover.

3) No Belt guards on Front of Engine

4) No Boom stops.

5) Boom has bends in numerous Locations

6) Fuel gage not working propaly.

7) Steps on chasiss To narrow, and one is missing.

F.E. Bakutis
712478

ATT:
Paul Signorelli

Case 3:02-cv-01875-AHN   Document 31-7   Filed 12/17/2003   Page 10 of 18



```
09/05/2003 FRI 11:41  FAX
03/26/01  MON 08:02  FAX 203 786 8223    NH PROJECTS                    ☒001

                        ********************
                        ***   TX REPORT   ***
                        ********************

        TRANSMISSION OK

        TX/RX NO              4567
        CONNECTION TEL                        8579
        CONNECTION ID         NWP SHOP
        ST. TIME              03/26 08:01
        USAGE T               00'11
        PGS.                     1
        RESULT                OK
```

CB 4005

5/7/01

1) Extremely Noisey inside Cab, especially when in work mode or Traveling. Cannot Hear Company Radio.

2) Gear oil Leaking from Chain Case.

3) Travel bands slipping in one direction.

4) Check valve on Air Tank Leaking.

5) One Brake Light not working, needs bulb.

6) Oil on deck of Crane, very slippery

7) Oil Leaking from Front of Engine.

8) No belt guards on front of Engine.

9) No Boom Stops.

10) Fuel gage not working

11) Oil Leaking from Transmission Shifter

ATT:
PAUL SIGNORELLI

F.E. BAKUTIS
F.E. Bakutis
712478

```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO                4691
CONNECTION TEL                        8579
CONNECTION ID           NWP SHOP
ST. TIME                05/17 06:49
USAGE T                 00'13
PGS.                       1
RESULT                  OK
```

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              4692
CONNECTION TEL                        8579
CONNECTION ID         NWP SHOP
ST. TIME              05/17 06:51
USAGE T               00'14
PGS.                  1
RESULT                OK
```

# METRO NORTH RAILROAD

# FAX

**TO:**
PAUL R. CIGNARALE
SUPERVISOR, WORK EQUIPMENT
PHONE 914/271/1934
FAX 914/271/1935

Date 7 / 24 / 01
Number of Pages

**FROM:** F. E. Bakutis
Special Projects, New Haven

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1. CB4005 | 1) Boom Clutch Slipping |
|  | 2) Magnet clutch not engaging properly |
|  | 3) Oil leaking from front of engine |
| 2 | 4) Extremely noisy in operators cab. |
|  | 5) Buffer block on coupler Broken |
|  | 6) Oil on deck and steps. |
| 3 | 7) Oil leaking from Transmission shifter |
|  | 8) Fuel gauge not working |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |
| 8 |  |
| 9 |  |



```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              4859
CONNECTION TEL                    8579
CONNECTION ID         NWP SHOP
ST. TIME              07/24 06:18
USAGE T               00'35
PGS.                     1
RESULT                OK
```

# METRO NORTH RAILROAD

# FAX 

Date: 3 / 15 / 02
Number of Pages: ____

TO: MARK ELLIS
SUPERVISOR, WORK EQUIPMENT
PHONE 914/271/1934
FAX 914/271/1935

FROM: F. E. BAKUTIS
N. H. Special Projects

## EQUIPMENT DEFECTS

| EQUIPMENT # | PROBLEMS / DEFECTS |
|---|---|
| 1 CB4005 | Extremely Noisey, Cannot hear radio which Traveling. Need Sound Insulation |
| 2 CB4005 | Needs 2 24V Flood Lights |
| 3 CB4005 | Crane Air brakes Frequently will not release |
| 4 CB4005 | Oil Leaking from Engine and Transmission |
| 5 CB4005 | Fuel Gauge not working |
| 6 CB4005 | Step on Chassis Bent + missing |
| 7 CB4005 | Travel Bands dragging and not Disengauging in 4th Gear. |
| 8 | |
| 9 | |



```
***********************
***   TX REPORT    ***
***********************

TRANSMISSION OK

TX/RX NO              0436
CONNECTION TEL                       8579
CONNECTION ID         NWP SHOP
ST. TIME              03/15 07:15
USAGE T               00'22
PGS.                  1
RESULT                OK
```

Printed in USA

# Crane Inspection

**Metro-North Commuter Railroad**

| Crane no. | Location | Sub-Division | System Gang | Date Inspected | Monthly ☒ |
|---|---|---|---|---|---|
| CP 4005 | New Haven | | Sig. Proj. | 1/11/02 | Annual ☐ |

Last inspection date: 1/1/02

Present general condition: ☐ Good   ☒ Fair   ☐ O/S

| OK YES | NO | | OK YES | NO | |
|---|---|---|---|---|---|
| | X | Boom | X | | Steps and Railing |
| | X | Boom Stops | | X | Draw Bars-Couplers |
| √ | | Boom Angle Indicator | √ | | Swing Stops/Locking Pins |
| √ | | Boom Rivets & Bolts | √ | | Operating Controls |
| √ | | Boom Heel Pins | | X | Windows |
| √ | | Sheaves | √ | | Windshield Wipers |
| √ | | Sheave Pins | √ | | Warning Devices |
| √ | | Cable Drums | | X | Lights |
| √ | | Cable-Boom-Holding Line | √ | | Guards |
| √ | | Closing, Pendants | | X | Engine |
| | X | Cable Clamps | √ | | Clutch-PTO |
| √ | | Hoisting Blocks/Hooks | | X | Gauges-Temperature-Oil-Ampere |
| N/A | | Winch | N/A | | Hydraulic System-Valves, Pump, Motor |
| N/A | | Winch Cable | N/A | | Main Control Generator |
| N/A | | Lifting Chains | | X | Magnet Generator |
| √ | | Tongs-Rail-Frog | √ | | Magnet |
| | X | Brakes | √ | | Tagline-Cable-Electrical |
| √ | | Brakes-Air-Lines-Reservoir | √ | | Battery |
| N/A | | Brakes-Hydraulic | √ | | Air Compressor |
| √ | | Brakes-Emergency | √ | | Safety Appliances |
| N/A | | Brakes-2 Wheel | | | Fire Extinguisher |
| √ | | Brakes-4 Wheel | √ | | General Condition-Paint, etc. |
| | X | Brakes-Shoes | √ | | Lifting Capacity Chart |
| √ | | Trucks-Journal Bearings | | X | Parts Book and Operating Manual |
| √ | | Wheels-Flange Wear-Treadwear | | X | Lubrication |
| √ | | Axles | | | When was Cable Replaced: |
| √ | | Tram-Axle & Wheel | | | Boom _____ |
| √ | | Springs | | | Holding _____ |
| N/A | | Tires | | | Closing _____ |
| N/A | | Steering | | | Strands of Cable Broken |
| √ | | U-Joints, Drive Gears | √ | | Ground Cables and Ground Clamps |
| √ | | Drive Chains | √ | | Electrical Wire Warning Sign |
| √ | | Sprockets | | | |
| √ | | Drive Shafts | | | |
| √ | | Gear Boxes, Swing, Travel | | | |
| | X | Transmission | | | |
| √ | | Bearings | | | |
| N/A | | Hook Roller | | | |
| N/A | | Outriggers | | | |

Remarks: 1. No gong on Crane 2. No boom stops 3. Load line not changed as per ANSI B30.5 (5-1.7.3b) 4. Brake shoes cracked 5. Needs more steps + handrails 6. Crane is noisy to operate 7. Brakes won't release

Operator's Signature: _____  NMSY

(Date) _____  1E 2 ____  7/11/7 X
(Employee No.)

I certify to the correctness of this report
(Signed) _____  1/11/02
Employee Number _____   (Date Posted)

(Title) _____