FILED

Jan 8   3 49 PM '04

**FELA HEARING LOSS CASE.  MAY BE FILED IN NEW HAVEN
AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

ALFRED SCHUMACHER,                             CIVIL ACTION

     Plaintiff                                   NO. 3:02CV01875 (AHN)

VS.

METRO-NORTH RAILROAD COMPANY, and
CONSOLIDATED RAIL CORPORATION,

     Defendants                                  JANUARY 8, 2004
_____X

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. of Civ. P. 26(c) the plaintiff hereby moves the Court for a
protective order staying the plaintiff's deposition until (1) after Metro-North responds to
plaintiff's requests for production and interrogatories dated January 30, 2003; (2) a
reasonable time after receiving Conrail's responses to plaintiff's requests for production
and interrogatories dated January 30, 2003; and (3) after the defendants comply with
any Court ordered discovery in connection to plaintiff's pending motions to compel, i.e.

producing any statements of the plaintiff or documents relating to efforts to train or educate the plaintiff about noise exposure.

An affidavit and memorandum of law accompany the instant motion.

Respectfully submitted,

FOR THE PLAINTIFF,

BY _____

Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut 06511
(203) 777-1000

2