02 1875 MPROTO

34

FILED
JAN 8  3 45 PM '04

**FELA HEARING LOSS CASE. MAY BE FILED IN NEW HAVEN AS ORDERED BY MAGISTRATE JUDGE MARGOLIS.**

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____X

| | |
|---|---|
| ALFRED SCHUMACHER, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV01875 (AHN) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, and CONSOLIDATED RAIL CORPORATION, | |
| Defendants | JANUARY 8, 2004 |

_____X

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**

Pursuant to Fed. R. of Civ. P. 26(c) the plaintiff hereby moves the Court for a protective order staying the plaintiff's deposition until (1) after Metro-North responds to plaintiff's requests for production and interrogatories dated January 30, 2003; (2) a reasonable time after receiving Conrail's responses to plaintiff's requests for production and interrogatories dated January 30, 2003; and (3) after the defendants comply with any Court ordered discovery in connection to plaintiff's pending motions to compel, i.e.

FILED
JAN 9 11 02 '04
U.S. DISTRICT COURT
NEW HAVEN CONN

1/9/04 — Granted to the extent discussed during yesterday's impromptu telephonic discovery conference