UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**Telephone Discovery Conference Calendar**

Honorable Joan G. Margolis, U.S. Magistrate Judge
141 Church Street
New Haven, Connecticut

Telephone (203) 773-2350

January 8, 2004

5:00 PM

3:02CV1875(AHN) - Schumacher v. Metro-North RR Co.

COUNSEL OF RECORD:

| | |
|---|---|
| George J. Cahill, Jr.<br>Scott E. Perry | Cahill & Goetsch, 43 Trumbull Street<br>New Haven, CT  203-777-1000 |
| James F. Early<br>Robert J. Sweeney | Early, Ludwick & Sweeney, 265 Church St.<br>11th Fl. POB 1866, New Haven, CT 203-777-7799 |
| Michael B. Flynn<br>Lori A. McCarthy<br>John E. Young IV | Flynn & Associates, PC, 188 State St.<br>Sixth Floor, Boston, MA 617-722-8253 |
| Charles A. Deluca<br>Robert O. Hickey<br>Michael T. Ryan<br>Anthony D. Sutton | Ryan, Ryan, Johnson & Deluca, 80 4th St.,<br>POB 3057, Stamford, CT 203-357-9200 |
| Robert T. Naumes | Thornton, Early & Naumes, 100 Summer St.<br>30th Fl., Boston, MA 617-720-1333 |

[handwritten: Held 5:26 PM / 5:11 (9 min)]